LAW OFFICES OF BILL LATOUR
JESSICA WARNER [CSBN: 257274]
   1420 E. Cooley Dr., Suite 100
   Colton, California 92324
   Telephone: (909) 954-2380
   Facsimile: (909) 796-3402
   E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| JEANNE CARLSON,<br>   Plaintiff,<br><br>   v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>   Defendant. | No: 5:22-cv-01569-RAO<br><br>[~~PROPOSED~~] ORDER AWARDING EAJA FEES |

   Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), IT IS ORDERED that EAJA attorney fees are awarded in the amount of FIVE THOUSAND DOLLARS AND 00/100 ($5,000.00) and zero costs ($0.00), subject to the terms of the stipulation.

DATE: September 8, 2023             _/s/ Rozella A. Oliver_

                                          HON. ROZELLA A. OLIVER
                                          UNITED STATES MAGISTRATE JUDGE